UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEANT M. SOTO,<br><br>    Defendant. | Case No. 20-cv-05386 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  The events of which Plaintiff complains occurred primarily at California Valley State Prison, Chowchilla, which is located in Madera County.  Madera County is located within the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: August 11, 2020

NATHANAEL M. COUSINS
United States Magistrate Judge