1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER J. MILLER,                 )   Case No.: 1:20-cv-01117-AWI-SAB (PC)
                                            )
12             Plaintiff,                   )
                                            )   ORDER ADOPTING FINDINGS AND
13        v.                                )   RECOMMENDATIONS AND DISMISSING
                                            )   CERTAIN CLAIMS
14   SERGEANT M. SOTO,                      )
                                            )   (ECF No. 19)
15             Defendant.                   )
                                            )
16                                          )
                                            )
17   _____   )

18        Plaintiff Christopher Miller is proceeding *pro se* and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On December 16, 2020, the assigned Magistrate Judge issued Findings and Recommendations

22   recommending that this action proceed only on Plaintiff's retaliation claim against Defendant Soto.

23   (ECF. No. 19.)  Those Findings and Recommendations were served on Plaintiff and contained notice

24   that any objections thereto were to be filed within thirty (30) days from the date of service.  (*Id.* at 8.)

25   To date, no objections to the pending Findings and Recommendations have been filed with the Court,

26   and the time for doing to has expired.

27   ///

28   ///

                                            1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted

2  a *de novo* review of this case.  Having carefully reviewed the entire file, the undersigned concludes

3  that the Findings and Recommendations are supported by the record and proper analysis.

4    Accordingly, it is HEREBY ORDERED that:

5    1.    The Findings and Recommendations issued on December 16, 2020 (ECF. No. 19) are

6    adopted in full;

7    2.    The instant action shall proceed on Plaintiff's retaliation claim against Defendant Soto;

8    and

9    3.    All other claims are dismissed from the action for failure to state a cognizable claim for

10    relief.

11

12  IT IS SO ORDERED.

13  Dated:   January 28, 2021

         SENIOR  DISTRICT  JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28