1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9   CHRISTOPHER J. MILLER,            )   Case No.: 1:20-cv-01117-AWI-SAB (PC)
                                       )
10            Plaintiff,              )
                                       )   NOTICE OF ERRATA TO MARCH 30, 2021
11      v.                            )   ORDER
                                       )
12   SERGEANT M. SOTO,                )   (ECF No. 27)
                                       )
13            Defendant.             )
                                       )
14   _____      )

15      Plaintiff Christopher Miller is proceeding *pro se* and *in forma pauperis* in this civil rights

16   action pursuant to 42 U.S.C. § 1983.

17      This case is currently set for settlement conference before Magistrate Judge Barbara A.

18   McAuliffe on June 1, 2021.

19      The Court's March 30, 2021 order lists the telephone number of Courtroom Deputy, Esther

20   Valdez, as (559) 499-5799.  However, the parties are advised that the correct telephone number is

21   **(559) 499-5788**.

22

23   IT IS SO ORDERED.

24   Dated:   **April 20, 2021**
                                        _____
25                                      UNITED STATES MAGISTRATE JUDGE

26

27

28

                                            1