# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT M. SOTO,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-01117-AWI-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE CHRISTOPHER J. MILLER, CDCR #T-75520 |

A settlement conference in this matter commenced on June 1, 2021. Inmate Christopher J. Miller, CDCR #T-75520 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**June 1, 2021**__　　　　　　　　____/s/ *Barbara A. McAuliffe*____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE