# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. MILLER,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGEANT M. SOTO,<br><br>  Defendant. | Case No.: 1:20-cv-01117-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>(ECF No. 45) |

Plaintiff Christopher Miller is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of time to respond to Plaintiff's first set of discovery requests, filed February 16, 2022.

Good cause having been presented, it is HEREBY ORDERED that Defendant is granted until April 4, 2022 to respond to Plaintiff's request for production of documents.

IT IS SO ORDERED.

Dated:   **February 17, 2022**

UNITED STATES MAGISTRATE JUDGE

1