UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT M. SOTO,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-01117-AWI-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S REQUEST TO SEAL<br><br>(ECF No. 54)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff Christopher Miller is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 9, 2022, Defendant filed a request to seal documents in relation to a motion for summary judgment, which the Court denied on June 15, 2022.  (ECF Nos. 52, 53.)  On June 20, 2022, Defendant filed a renewed request to seal documents in relation to the motion for summary judgment.  (ECF No. 54.)

　　　　The Court shall require Plaintiff to file an opposition, if any, to the Defendant's renewed request to seal.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of service of this order, Plaintiff shall file any opposition to the Defendant's request to seal that was filed on June 20, 2022 (ECF No. 54).

IT IS SO ORDERED.

Dated:   **June 23, 2022**

UNITED STATES MAGISTRATE JUDGE