# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEANT M. SOTO,<br><br>    Defendant. | Case No.: 1:20-cv-01117-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>(ECF No. 45) |

    Plaintiff Christopher Miller is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendant's motion for summary judgment, filed July 19, 2022.

    Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted until August 14, 2022, to file his opposition.

IT IS SO ORDERED.

Dated: __**July 20, 2022**__

                                                          UNITED STATES MAGISTRATE JUDGE

1