# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT M. SOTO,<br><br>　　　　Defendant. | Case No. 1:20-cv-01117-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(ECF Nos. 51, 71, 72, 74) |

Plaintiff Christopher J. Miller is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 1, 2022, the assigned Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. (ECF No. 74.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within twenty-one days. (Id. at 19.)

Plaintiff filed objections on December 27, 2022, and Defendant filed a response on January 10, 2023. (ECF Nos. 75, 76.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and Defendant's response, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to strike Plaintiff's motion for summary judgment (ECF No. 72) is DENIED;

2. Plaintiff's motion for summary judgment (ECF No. 71) is DENIED;

3. Defendant's motion for summary judgment (ECF No. 51) is GRANTED;

4. The Clerk of Court shall enter judgment in favor of Defendant and CLOSE this case.

IT IS SO ORDERED.

Dated: __April 7, 2023__  _____
SENIOR DISTRICT JUDGE